E-filing

1  Robert Mills (State Bar No. 062154)
2  **THE MILLS LAW FIRM**
   145 Marina Boulevard
3  San Rafael, CA 94901
   Telephone: (415) 455-1326
4  Facsimile: (415) 455-1327
5  rwm@millslawfirm.com

6
7  *Counsel for Plaintiff Gerry Hageman*

8
9           **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11                                      )
12 GERRY HAGEMAN, on Behalf of Himself and)   CASE NO.
   all Others Similarly Situated,       )
13                                      )   **DECLARATION OF ROBERT W.**
                           Plaintiff,   )   **MILLS PURSUANT TO FEDERAL**
14                                      )   **SECURITIES LAWS**
15      v.                              )
                                        )
16 THE CHARLES SCHWAB CORPORATION,      )
   CHARLES SCHWAB & CO. INC., CHARLES   )
17 SCHWAB INVESTMENT MANAGEMENT,        )
   INC., CHARLES R. SCHWAB, EVELYN      )
18 DILSAVER, RANDALL W. MERK and        )
   GEORGE PEREIRA,                      )
19                                      )
                                        )
20                         Defendants.  )
21
22
23
24
   I, ROBERT W. MILLS DECLARE,
25
26      I do not directly own or otherwise have a beneficial interest in securities that are the
27 subject of this action.
28

**DECLARATION OF ROBERT MILLS**

1

*(left margin, vertical text)* FILED BY FAX
PURSUANT TO LOCAL RULES

1        I declare under penalty of perjury under the laws of California that the foregoing

2    is true and correct to the best of my knowledge, and that I could competently testify to

3    these facts if called as a witness.

4

5        Executed in San Rafael, California.

6        Dated: March 31, 2008.

7                            _____

8                              Robert W. Mills

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF ROBERT MILLS**