Clerk's Use Only

Initial for fee pd.:

Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO 80203-3507
(303) 861-1764

**FILED**
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GERRY HAGEMAN,

                Plaintiff(s),

v.

THE CHARLES SCHWAB CORPORATION et al.,

                Defendant(s).

CASE NO. CV 08-1733 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeffrey A. Berens, an active member in good standing of the bar of the State of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Gerry Hageman in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Robert Mills, 145 Marina Boulevard, San Rafael, CA 94901, (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/1/08