RECEIVED
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

GERRY HAGEMAN,

        Plaintiff(s),

v.

THE CHARLES SCHWAB CORPORATION et al.,

        Defendant(s).

CASE NO. CV 08-1733 CW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey A. Berens, an active member in good standing of the bar of the State of Colorado, whose business address and telephone number (particular court to which applicant is admitted) is

682 Grant Street, Denver, CO 80203-3507, (303) 861-1764,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Gerry Hageman;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 10 2008



United States District Judge