1  LOVITT & HANNAN, INC.
   Ronald Lovitt (State Bar No. 040921)
2  J. Thomas Hannan (State Bar No. 039140)
   900 Front Street, Suite 300
3  San Francisco 94111
   Telephone: (415) 362-8769
4  Facsimile: (415) 362-7528

5  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 77785)
6  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
7  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
8  Facsimile:  (925) 945-8792

9  Attorneys for the Schwartz Group
   of Investors, Individually and On
10 Behalf of All Others Similarly
   Situated, and Proposed Lead Counsel
11

12                        UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.; CHARLES R. SCHWAB; EVELYN DILSAVER; RANDALL W. MERK; AND GEORGE PEREIRA,<br><br>Defendants. | Case No. CV-08-1510-WHA<br><br>**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF ACTIONS; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF PLAINTIFFS' CHOICE OF LEAD COUNSEL**<br><br>Date: June 26, 2008<br>Time:  8:00 a.m.<br>Judge:  The Hon. William Alsup |
| GERRY HAGEMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>Defendants. | CASE NO.  CV 08-01733-CW |

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; FOR APPOINTMENT OF THE
SCHWARTZ GROUP OF INVESTORS AS  LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD
PLAINTIFFS' CHOICE OF LEAD COUNSEL
55483

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>      Defendants. | CASE NO. CV 08-01936-SI |
| 7<br>8<br>9<br>10<br>11<br>12 | NILS FLANZRAICH, on Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION et al.,<br><br>      Defendants. | CASE NO. CV 08-01994-WHA |
| 13<br>14<br>15<br>16<br>17<br>18 | VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>      Defendants. | CASE NO. CV 08-02058 WHA |

55483

TO ALL PARTIES and their attorneys of record herein:

PLEASE TAKE NOTICE that on June 26, 2008, at 8:00 a.m., at the United States Courthouse, 450 Golden Gate Avenue, Courtroom 9, 19th Floor, San Francisco, California, Richard M. Schwartz, Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta Schwartz Revocable Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer Schwartz Trust FBO Richard Schwartz under the Will of Meyer Schwartz, Deceased; the Charles C. Bell Limited Partnership; Casa Marin, a California Corporation; and Sheri Bell, individually and on behalf of C. Scott Bell pursuant to power of attorney (hereinafter the "Schwartz Group" of Investors) will and hereby do move the Court for (1) consolidation of the related above-captioned actions; (2) for appointment of the members of the Schwartz Group as Lead Plaintiffs; and (3) for approval of Lead Plaintiffs' choice of Lovitt & Hannan, Inc. and Bramson, Plutzik, Mahler & Birkhaeuser, LLP to serve as Co-Lead Counsel.

This motion is based on the supporting Memorandum of Points and Authorities and Declaration of Michael S. Strimling (which includes the Certifications of the members of the Schwartz Group) filed herewith, the pleadings and papers on file in this action and such other evidence and argument as may be submitted to the Court at or prior to the hearing on this matter.

This motion is made on the grounds that the members of the Schwartz Group are the most qualified plaintiffs to represent the class as lead plaintiffs in this matter as lead plaintiffs, and that their counsel are experienced and capable.

Dated: May 16, 2008

LOVITT & HANNAN, INC.
Ronald Lovitt (State Bar No. 040921)
J. Thomas Hannan (State Bar No. 039140)
900 Front Street, Suite 300
San Francisco 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528

_____/s/_____
J. Thomas Hannan

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL

2

Case 3:08-cv-01733-WHA    Document 19    Filed 05/16/2008    Page 4 of 4

| | |
|---|---|
| 1 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | Alan R. Plutzik |
| | Michael S. Strimling |
| 3 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA 94598 |
| 4 | Telephone: (925) 945-0200 |
| | Facsimile: (925) 945-8792 |
| 5 | |
| 6 | Attorneys for the Schwartz Group of Investors, Individually and On Behalf of All Others Similarly Situated, and Proposed Lead Counsel |
| 7 | |

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL

3