1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 77785)
2  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA  94598
   Telephone:  (925) 945-0200
4  Facsimile:  (925) 945-8792

5  LOVITT & HANNAN, INC.
   Ronald Lovitt
6  J. Thomas Hannan
   900 Front Street, Suite 300
7  San Francisco 94111
   Telephone: (415) 362-8769
8  Facsimile: (415) 362-7528

9  Attorneys for the Schwartz Group of Investors

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>   vs.<br><br>THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.; CHARLES R. SCHWAB; EVELYN DILSAVER; RANDALL W. MERK; AND GEORGE PEREIRA,<br><br>                              Defendants. | Case No. Case No. CV-08-1510-WHA<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**MOTION FOR CONSOLIDATION OF ACTIONS; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL**<br><br>Date:  June 26, 2008<br>Time:  8:00 a.m.<br>Judge:  The Honorable William H. Alsup |
| GERRY HAGEMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>       Defendants. | CASE NO.  CV 08-01733-CW |

[PROPOSED] ORDER RE MOTION FOR CONSOLIDATION: APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS;  AND FOR APPROVAL LEAD COUNSEL

| | |
|---|---|
| W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>　　　Defendants. | CASE NO. CV 08-01936-SI |
| NILS FLANZRAICH, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CHARLES SCHWAB CORPORATION et al.,<br><br>　　　Defendants. | CASE NO. CV 08-01994-WHA |
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CHARLES SCHWAB CORPORATION, et al.,<br><br>　　　Defendants. | CASE NO. CV 08-02058 WHA |

[PROPOSED] ORDER RE MOTION FOR CONSOLIDATION: APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL LEAD COUNSEL
55536

On June 26, 2008, the "The Schwartz Group," consisting of Richard M. Schwartz, Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta Schwartz Revocable Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer Schwartz Trust FBO Richard Schwartz under the Will of Meyer Schwartz, Deceased; the Charles C. Bell Limited Partnership; Sheri Bell, individually and on behalf of C. Scott Bell pursuant to power of attorney; and Casa Marin, a California Corporation, brought their MOTION FOR CONSOLIDATION OF ACTIONS; FOR APPOINTMENT OF THE SCHWARTZ GROUP OF INVESTORS AS LEAD PLAINTIFFS; AND FOR APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL. The matter came on regularly for hearing, and the Court, having considered the papers on file herein, the applications of other persons and groups to be lead plaintiffs, the arguments of counsel, and being duly advised and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The following actions (the "Related Actions") are consolidated for all purposes:

| | |
|---|---|
| *Labins v. The Charles Schwab Corporation, et al.* | CV 08-01510-WHA |
| *Hageman v. The Charles Schwab Corporation, et al.* | CV 08-01733-CW |
| *Glasgow v. The Charles Schwab Corporation, et al.* | CV 08-01936-SI |
| *Flanzraich et al v. The Charles Schwab Corporation et al.* | CV 08-01994-WHA |
| *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corporation et al.* | CV 08-02058-WHA |

2. The following parties are appointed as Lead Plaintiffs in the Related Actions: Richard M. Schwartz, Trustee of the Celesta Schwartz Trust FBO Richard Schwartz under the Celesta Schwartz Revocable Trust Dtd June 12, 1992; Richard M. Schwartz, Trustee of the Meyer Schwartz Trust FBO Richard Schwartz under the Will of Meyer Schwartz, Deceased; the Charles C. Bell Limited Partnership; Sheri Bell, individually and on behalf of C. Scott Bell pursuant to power of attorney; and Casa Marin, a California Corporation.

3.  The Court approves of Lead Plaintiffs' selection of Lovitt & Hannan, Inc. and Bramson, Plutzik, Mahler & Birkhaeuser, LLP as Co-Lead Counsel.

Dated: _____, 2008

                                                                                                                                                               _____
                                                             Judge of the United States District Court