**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>    Defendants.<br>_____/<br><br>GERRY HAGEMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>    Defendants.<br>_____/ | No. C 08-01510 WHA<br>No. C 08-01733 WHA<br>No. C 08-01936 WHA<br>No. C 08-01994 WHA<br>No. C 08-02058 WHA<br>No. C 08-02487 WHA<br><br>**ORDER CONSOLIDATING ACTIONS AND REQUESTING INFORMATION FROM LEAD PLAINTIFF CANDIDATES** |

**United States District Court**
For the Northern District of California

1  W. MERRILL GLASGOW, on behalf of
   himself and all others similarly situated,
2
              Plaintiff,
3
       v.
4
   CHARLES SCHWAB CORPORATION,
5  CHARLES SCHWAB & CO. INC.,
   CHARLES SCHWAB INVESTMENT
6  MANAGEMENT, INC., CHARLES R.
   SCHWAB, EVELYN DILSAVER,
7  RANDALL W. MERK and GEORGE
   PEREIRA,
8
              Defendants.
9                                                              /

10
   NILS FLANZRAICH and JILL
11 FLANZRAICH, on behalf of himself and all
   others similarly situated,
12
              Plaintiff,
13
       v.
14
   CHARLES SCHWAB CORPORATION,
15 CHARLES SCHWAB & CO. INC.,
   CHARLES SCHWAB INVESTMENT
16 MANAGEMENT, INC., CHARLES R.
   SCHWAB, SCHWAB INVESTMENTS;
17 SCHWAB YIELDPLUS FUND SELECT
   SHARES; EVELYN DILSAVER; RANDALL
18 W. MERK, and GEORGE PEREIRA,

19            Defendants.
                                                               /
20

21

22

23

24

25

26

27

28

2

| | |
|---|---|
| 1 | VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN, on behalf of himself and all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., SCHWAB INVESTMENTS, CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, GREGORY HAND, GEORGE PEREIRA, DONALD F. DOWARD, MARIANN BYERWALTER, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, and JEFF LYONS, |
| 11 | Defendants.      / |
| 13 | ROBERT LEVINS and KARL KYZER, on behalf of himself and all others similarly situated, |
| 15 | Plaintiffs, |
| 16 | v. |
| 17 | CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, and MICHAEL W. WILSEY, |
| 23 | Defendants.      / |

Many parties have moved to consolidate the above-entitled related civil actions. No opposition having been received, this order hereby **CONSOLIDATES** the actions for all purposes, pursuant to FRCP 42(a). The caption of these consolidated cases shall be "*In re Charles Schwab Corp. Securities Litigation*," and the files of this action shall be maintained in one file

3

under Master File No. C 08-01510 WHA. Any other actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes, if and when they are brought before this Court and the Court accepts the transfer and approves consolidation.

The motions to appoint lead plaintiff and lead counsel are currently set for Wednesday, July 2, 2008. As opposed to "group" candidates, the Court wishes to evaluate the qualifications of single investors, either institutional investors or individuals, to serve as lead plaintiff. *See In re Network Assocs., Inc., Sec. Litig.*, 76 F. Supp. 2d 1017, 1019–27 (N.D. Cal. 1999) (Alsup, J.). The Court is particularly interested in considering single investors with large losses and in evaluating their experience in managing litigation. Any "group" of movants must narrow its candidates to one or two single investors and file answers to the appended questionnaire by **WEDNESDAY, JUNE 25, 2008**, including the certification called for therein.

Each candidate must attend the hearing on July 2, 2008, and be prepared to answer questions. They should also be prepared to critique the methodology used by competing candidates. The Court would also appreciate defense counsel to attend the hearing on lead plaintiff selection. Defense counsel should be prepared to address the accuracy of the methodology used by candidates to assess their damage claims.

All questionnaires and other submissions shall be served both by facsimile and by mail on all counsel named on the Court's appended service list. Counsel are responsible for contacting each other and obtaining the correct facsimile number. Applications for class counsel shall be deferred until after the lead plaintiff has been appointed.

**IT IS SO ORDERED.**

Dated: June 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

4